IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROLANDIS CHATMON**                                                **PLAINTIFF**
**ADC # 140078**

**V.**                      **NO. 4:20-CV-00883-BRW**

**JOHN DAN KEMP,** *et al***.**                                      **DEFENDANTS**

**JUDGMENT**

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 5th day of August, 2020.

                                       Billy Roy Wilson_____
                                       UNITED STATES DISTRICT JUDGE